## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA DRISCOLL, Personal Representative of the Estate of Daniel Driscoll, Deceased;<br><br>                    Plaintiff,<br><br>    vs.<br><br>ZAKARY DOUGLASS, CITY OF BAYARD, Nebraska;<br><br>                    Defendants. | **4:11CV3080**<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)      The defendants' unopposed motion to continue deadlines, (filing no. 42), is granted.

2)      The deadline for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on *Daubert* and related grounds is August 22, 2012.

July 18, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge