IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA DRISCOLL, Personal Representative of the Estate of Daniel Driscoll, Deceased;<br><br>              Plaintiff,<br><br>      vs.<br><br>ZAKARY DOUGLASS, CITY OF BAYARD, Nebraska;<br><br>              Defendants. | 4:11CV3080<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The parties' stipulation for continuance of the expert disclosure deadlines, ((Filing No. 65), is granted; and

2) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the Plaintiff:  December 14, 2012
    For the Defendant: January 11, 2013
    Rebuttal:     January 25, 2013

November 21, 2012

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge