IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESSICA DRISCOLL, Personal Representative of the Estate of Daniel Driscoll, Deceased;<br><br>     Plaintiff,<br><br>vs.<br><br>ZAKARY DOUGLASS, CITY OF BAYARD, Nebraska;<br><br>     Defendants. | 4:11CV3080<br><br>**MEMORANDUM AND ORDER** |

During a conference call held today, counsel for the parties requested a stay of the case progression deadlines herein pending the court's summary judgment ruling. After considering the merits of their request,

IT IS ORDERED:

1) The parties' trial preparation is stayed pending a ruling on defendants' pending motion for summary judgment, (Filing No. 58).

2) The final progression order, (Filing No. 39), including the trial and pretrial conference deadlines therein, is set aside.

3) A telephonic conference before the undersigned magistrate judge will be held on February 5, 2013 at 10:00 a.m. to discuss further case progression and potential settlement. Counsel for plaintiff shall place or arrange the call.

December 27, 2012.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge